**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01569-REB-KMT

ROBERT DURAN,

      Plaintiff,

v.

STEVEN KOEHLER, in his individual and official capacity,

      Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated October 22, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

                                      /s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge