IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01569-REB-KMT

ROBERT DURAN,

    Plaintiff,

v.

STEVEN KOEHLER,

    Defendant.

## NOTE TO THE COURT

__X__ We the jury, have a question.

_____ We the jury, have a verdict.

Please write your question to the Court below:

After reviewing Instructions 1 and 18, the Jury is split 5 v 4 on the four (4) essential elements of Instruction No. 8. This Jury feels that there is no compromise and we cannot reach a unanimous verdict.

**Answer by the Court:**

11/3/12
1:05 p.m.
REB