**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01569-REB-KMT

ROBERT DURAN,

    Plaintiff,

v.

STEVEN KOEHLER,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Robert E. Blackburn presiding, and the jury has rendered a verdict.

**THEREFORE, IT IS ORDERED** as follows:

1. That judgment is **ENTERED** for plaintiff, ROBERT DURAN, against Defendant, STEVEN KOEHLER, in the amount of $40,000.00 dollars, plus post-judgment interest at the rate of 0.11 per cent per year;

2. That the plaintiff is **AWARDED** costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

3. That any request for attorney fees and additional costs and expenses **SHALL BE MADE** in the manner prescribed by the law applicable to the request.

Dated at Denver, Colorado this 31st day of July, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk

APPROVED BY THE COURT:

**s/ Robert E. Blackburn**

U.S. District Judge
Robert E. Blackburn