**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01569-REB-KMT

ROBERT DURAN,

    Plaintiff,

v.

STEVEN KOEHLER, in his individual capacity,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Motion For Fees and Expenses** [#113] filed September 3, 2013. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1.

    Dated: September 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.