**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-01569-REB-KMT

ROBERT DURAN,

      Plaintiff,

v.

STEVEN KOEHLER, in his individual capacity,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on plaintiff's **Opposed Motion For Leave To Exceed Page Limitations Regarding Plaintiff's Motion For Fees and Costs** [#117] filed September 5, 2013.  The motion is **GRANTED**.  All deadlines prescribed by D.C.COLO.LCivR 7.1C shall run from today's date, September 26, 2013.

Dated: September 26, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.