**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-01569-REB-KMT
ROBERT DURAN,

      Plaintiff,
v.

STEVEN KOEHLER, in his individual capacity,

      Defendant.

**MINUTE ORDER**[1]

      The following matters are before the court for consideration: (1) the City and County of Denver's **Unopposed Motion to Strike Pleadings Number 140 and 141** [#145][2] filed June 11, 2014; and (2) the **Interested Party City and County of Denver's Unopposed Motion For Extension of Time to File Written Proffer** [#144] filed June 11, 2014.  After reviewing the motions and the record, the court has concluded that the motions should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the City and County of Denver's **Unopposed Motion to Strike Pleadings Number 140 and 141** [#145] filed June 11, 2014, is **GRANTED**;

      2.  That the **Notice of Entry of Appearance** [#140] filed June 6, 2014, and the **Unopposed Motion For Extension of Time to File Written Proffer** [#141] filed June 9, 2014, are **STRICKEN**;

      3.  That the **Interested Party City and County of Denver's Unopposed Motion For Extension of Time to File Written Proffer** [#144] filed June 11, 2014, is **GRANTED**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#145]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

   4.  That Interested Party, the City and County of Denver, shall have until **July 9, 2014**, in which to file its written proffer of evidence.

   Dated: June 23, 2014