#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01569-REB-KMT

ROBERT DURAN,

    Plaintiff,

v.

STEVEN KOEHLER,

    Defendant.

---

### AMENDED FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Robert E. Blackburn presiding, and the jury has rendered a verdict.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the City and County of Denver's **Unopposed Motion for Review of Costs Pursuant to Fed. R. Civ. P. 54(d)(1) and for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d)** [#123], filed October 4, 2013, is **GRANTED**;

    2. That plaintiff's **Motion for Relief From Final Judgment To Include Prejudgment Interest Pursuant to Rule 60(b)** [#125], filed October 16, 2013, is **GRANTED**; and

    3. That the **Final Judgment** [#108] filed July 31, 2013, is **AMENDED**

as follows:

That judgment **SHALL ENTER** on behalf of plaintiff, Robert Duran, against defendant, Steven Koehler, in the amount of $40,000.00 dollars; plus prejudgment interest of $18,286.78, and postjudgment interest at the rate provided by law from the date of the judgment, *i.e.*, July 31, 2013, to the date the judgment is paid in full;

b. That plaintiff, Robert Duran, is **AWARDED** his costs, to be taxed against the defendant, Steven Koehler, by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1;

c. That judgment with prejudice **SHALL ENTER** on behalf of defendant, the City and County of Denver, a municipality, against plaintiff, Robert Duran, in accordance with the **Order Granting City and County of Denver's Motion for Summary Judgment** [#70] at 7, ¶ 3, filed September 28, 2012; and

d. That defendant, the City and County of Denver, a municipality, is **AWARDED** its costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

4. That the balance of the **Final Judgment** [#108] filed July 31, 2013, is **RATIFIED** and **CONTINUED** in full force and effect.

5. To include the award of attorney fees and costs to the plaintiff.

Dated August 25, 2014, *nunc pro tunc* to July 31, 2013, at Denver, Colorado.

Dated at Denver, Colorado this 25th day of August, 2014.

FOR THE COURT:
s/T.Lee, CLERK

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge